USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AZURITY PHARMACEUTICALS IRELAND LTD.,

Plaintiff,

-against-

TEVA PHARMACEUTICAL INDUSTRIES LTD., et al.,

Defendants.

26-MC-00440 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On September 2, 2026, Plaintiff filed a motion for leave to file certain exhibits under seal to protect confidential business information, but their proposed Order perplexingly seeks to file a redacted Complaint. Dkt. Nos. 1, 1-24.

In any event, the Court has reviewed the seal and redaction requests. Plaintiff may file Exhibits A and G with the proposed redactions and may file Exhibit H entirely under seal but must file the unredacted and complete documents with the assigned Judge. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Plaintiff's request to redact is necessary to protect sensitive and confidential business information.

The Clerk of Court is respectfully directed to terminate this case.

Dated: September 28, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge